IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                      PETITIONER

VERSUS                                  CIVIL ACTION NO. 5:08cv339-DCB-MTP

BRUCE PEARSON                                                    RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause requesting habeas relief pursuant to 28 U.S.C. § 2241 and mandamus relief pursuant to 28 U.S.C. § 1361 are denied and the instant civil action be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of January, 2009.

                                     s/ David Bramlette
                          UNITED STATES DISTRICT JUDGE